39304.   GOODWIN *et al.* v. ROCKETT.

CUSTER, Judge.  In cases involving collisions between motor vehicles at street intersections, questions of comparative or contributory negligence and proximate cause are peculiarly for the jury. *Thomas v. Carroll,* 97 Ga. App. 181 (102 SE2d 617). A petition alleging that the plaintiff, traveling at a legal speed of less than 25 miles per hour, had the right of way at an intersection, and that the defendant's tractor-trailer combination, approaching on the cross street, failed to stop at a stop sign, but entered the highway and turned in front of plaintiff's vehicle when the plaintiff was within only a few yards of the intersection, making it impossible for the plaintiff to avoid a collision, was not subject to general demurrer on the ground that it failed to set out a cause of action. *Shipman v. Johnson,* 87 Ga. App. 538 (74 SE2d 557).

*Judgment affirmed.   Carlisle, P. J., and Eberhardt, J., concur.*

DECIDED JANUARY 17, 1962.

*Kennedy & Sognier, John G. Kennedy, Jr., Anderson & Sanders, Cohen Anderson, Faye Sanders,* for plaintiffs in error.
*Neville & Neville, William J. Neville,* contra.